UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

JENNIFER F. MEEK

          Debtor.

Case No. 19-03385
Chapter 13
Hon. John T. Gregg
Filed:  August 7, 2019

_____

DEBTOR'S RESPONSE IN OPPOSITION TO
THE TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE

     The Debtor, by and through her attorneys at Dietrich & Kenyon, PLLC, hereby states the following in opposition to the Trustee's Motion to Dismiss Chapter 13 Case (DN 63):

1. Debtor made a payment of $1,518.00, that posted to her account with the Trustee on March 12, 2021.

2. Debtor made a payment to the Trustee of $1,013.00 on March 31, 2021 through TFS Bill Pay that is in process and expected to post her account with the Trustee shortly.

3. Debtor intends to maintain her bi-weekly payments of $506.00 through TFS Bill Pay to the Trustee going forward.

     WHEREFORE, the Debtor respectfully requests that the Court set the Trustee's Motion to Dismiss Chapter 13 Case (DN 63) for hearing.

Respectfully submitted,

DIETRICH & KENYON, PLLC

Dated: 4/5/2021

/s/ Robert W. Dietrich
Robert W. Dietrich (P49704)
Aaron J. Kenyon (P67589)
Attorney for Debtor(s)
3815 W. Saint Joseph Street, Ste. A200
Lansing, MI  48917
(517) 374-8000 | fax (517) 374-9080
contact@DietrichKenyon.com