# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

JENNIFER F. MEEK,

Debtor.
_____/

Case No. 19-03385
Chapter 13
Hon. John T. Gregg
Filed: August 7, 2019

## FIRST POST-CONFIRMATION PLAN AMENDMENT

**HISTORY:**
- The Original Chapter 13 Plan was filed on 8/21/19 (DN13)
- First Pre-Confirmation Plan Amendment filed 10/11/19 (DN 32).
- Plan Confirmed 11/5/19 (DN 39).

**PURPOSE:** This Plan Amendment amends:
- Paragraph IV. R. to extend the Plan as a result of material financial hardship due to COVID-19, pursuant to the COVID-19 Bankruptcy Relief Extension Act of 2021.
- Paragraph IV. R. to forgive current plan payment arrearage of $1,516.17 as a result of material financial hardship due to COVID-19.

This amendment affects the above referenced paragraphs only. All other provisions of the plan, as amended, remain unaffected by this amendment.

**IV. GENERAL PROVISIONS**

R. **NONSTANDARD PROVISIONS.** Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this Model Plan or deviating from it. Nonstandard provisions set out elsewhere in this Plan are ineffective and void. The following Plan provisions will be effective only if there is a check in the box "Included" in the Preamble.

1. **The Trustee shall escrow $75.00 per month of the Debtor's plan payments to be reserved for payment of all allowed administrative expenses. Applications for administrative expenses not previously allowed or ordered will be filed at least 30 days before the time of the final audit or the 59th month of the plan whichever comes first in order to be paid from escrowed funds. Failure to apply for the escrowed funds will result in distribution pursuant to the confirmed plan of escrowed funds on plan completion. Additional allowed administrative expenses, including attorney fees, may reduce the base amount to unsecured claims specified in paragraph III.F.**
2. **$7,113.00 of Debtor's income tax refund is included, on a pro-rata basis, in Debtor's monthly income. Any annual tax refund received over that amount is to be turned over to the Trustee.**
3. **Plan is extended to the time necessary, not to exceed 84 months from the date the first payment under the original confirmed plan was due. Debtor has experienced a material financial hardship due to COVID-19. See COVID-19 Bankruptcy Relief Extension Act of 2021 and 11 USC 1329(d).**
4. **Current Plan payment arrearage of $1,516.17, is forgiven and the Debtor shall make all future plan payments as scheduled herein. Any secured debt arrearage is preserved.**

Dated: 5/6/2021                     /s/ Jennifer F. Meek
                                    Jennifer F. Meek, Debtor

                                    DIETRICH & KENYON, PLLC

Dated: 5/6/2021                     /s/ Robert W. Dietrich
                                    Robert W. Dietrich (P49704)
                                    Aaron J. Kenyon (P67589)
                                    Counsel for the Debtor(s)