**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:

JENNIFER K. MEEK,

        Debtor.
_____

Case No. 19-03385
Chapter 13
Hon. John T. Gregg
Filed: August 7, 2019

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
**REGARDING DEBTOR'S INCOME**

    The Debtor hereby submits this Unsworn Declaration under Penalty of Perjury Regarding Debtor's Current Income and states the following:

1. I am the Debtor in this matter.

2. I have personal knowledge of the facts set forth in this declaration; and, if sworn as a witness can competently testify to the facts.

3. I filed a Voluntary Petition for relief under Chapter 13 of the Bankruptcy Code on August 7, 2019. (DN 01.)

4. Due to the COVID-19 restrictions beginning March 27, 2020, I have endured a loss of income and financial hardship for my household.

By signing this Unsworn Declaration, I declare, certify, verify, and state under penalty of perjury that the statements above are true and correct, pursuant to 28 U.S.C. § 1746.


Dated: 5/6/2021                                          /s/ Jennifer K. Meek
                                                                                            Jennifer K. Meek
                                                                                    Debtor